**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-8031**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KARRIEM WALI MUHAMMAD, a/k/a Charles William
Cannon,

Defendant - Appellant.

———————————

**No. 01-8048**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KARRIEM WALI MUHAMMAD, a/k/a Charles William
Cannon,

Defendant - Appellant.

———————————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-79-
134-M, CR-79-151-M, CA-01-3341-MJG)

———————————

Submitted:  February 21, 2002          Decided:  March 6, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Karriem Wali Muhammad, Appellant Pro Se.  Thomas Michael DiBiagio, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Karriem W. Muhammad appeals the district court's orders denying his Fed. R. Civ. P. 60(b) motions, which the court properly construed as motions filed under 28 U.S.C.A. § 2255 (West Supp. 2001). See United States v. Rich, 141 F.3d 550, 551-52 (5th Cir. 1998). Because this court has not granted Muhammad authorization to file a successive § 2255 motion, see 28 U.S.C.A. § 2244 (West 1994 & Supp. 2001), the district court properly dismissed his Rule 60(b) motions as successive § 2255 motions. See Rich, 141 F.3d at 553. Accordingly, we deny a certificate of appealability and dismiss these appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED